IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00455-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

TIMOTHY DOYLE YOUNG,

    Plaintiff,

v.

KENNETH CRANK, and
D. ROY,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff, Timothy Doyle Young, is a prisoner in the custody of the Federal Bureau of Prisons who currently is incarcerated at ADX in Florence, Colorado.  Mr. Young, acting *pro se*, initiated this action by filing a complaint in the United States District Court for the Northern District of Texas (Northern District of Texas).  Although in an order entered on February 20, 2013, the Northern District of Texas construed the filings as a petition filed pursuant to 28 U.S.C. § 2241 and transferred the action to this Court pursuant to 28 U.S.C. § 1404, this Court finds, based on the exhibits attached to the complaint, Mr. Young is challenging the conditions of his confinement.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted documents are deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue his claims in this

Court in this action. Any papers that Plaintiff files in response to this Order must include the civil action number noted above in the caption of this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) __X__  is not submitted (Must use Court-approved form revised 10-1-12.)
(2) ____  is missing affidavit
(3) __X__  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ____  is missing certificate showing current balance in prison account
(5) __X__  is missing authorization to calculate and disburse filing fee payments
(6) ____  is missing an original signature by the prisoner
(7) __X__  other: the § 1915 motion and affidavit and certified copy of Plaintiff's trust fund account statement is not necessary if the $350.00 filing fee is paid in full

**Complaint, Petition or Application**:
(8) ____  is not submitted
(9) __X__  is not on proper form (must use the Court's current form)
(10) ____  is missing an original signature by the prisoner
(11) ____  is missing page nos. ____
(12) ____  uses et al. instead of listing all parties in caption
(13) ____  names in caption do not match names in text
(14) ____  other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days** from the date of this Order. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that the Plaintiff shall obtain the Court-approved Prisoner Complaint form and Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the complaint and the action will be

dismissed without further notice.

     DATED: February 22, 2013, at Denver, Colorado.

                    BY THE COURT:

                    s/Boyd N. Boland
                    United States Magistrate Judge