IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00455-BNB

TIMOTHY DOYLE YOUNG,

      Plaintiff,

v.

KENNETH CRANK, and
D. ROY,

      Defendants.

_____

## ORDER OF DISMISSAL
_____

      Plaintiff, Timothy Doyle Young, is in the custody of the United States Bureau of Prisons and currently is incarcerated at ADX in Florence, Colorado.  Originally, Mr. Young, acting *pro se*, initiated this action by filing a habeas petition and an amended petition in the United States District Court for the Northern District of Texas (Northern District of Texas).  The Northern District of Texas construed the filings as a petition filed pursuant to 28 U.S.C. § 2241 and transferred the action to this Court pursuant to § 28 U.S.C. § 1404.  Magistrate Judge Boyd N. Boland determined that based on the exhibits attached to the Amended Complaint the petition is challenging the conditions of Mr. Young's confinement.

      In an order entered on February 22, 2013, Magistrate Judge Boland instructed Mr. Young to submit his claims on a Court-approved form used in filing prisoner complaints.  Mr. Young also was instructed to submit to the Court a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a certified copy of his inmate trust fund account statement for the six months prior to the filing of

the instant action, if he desired to proceed *in forma pauperis*. Otherwise, he was directed to pay the $350.00 filing fee prior to proceeding in this action.

Upon review of Mr. Young's pleadings the Court agrees that his claims properly are asserted in a prisoner complaint. Mr. Young has failed to communicate with the Court since the February 22 order. As a result, he has failed to submit his claims on a Court-approved form used in filing prisoner complaints, and he has failed either to pay the $350.00 filing fee in full or to submit a proper 28 U.S.C. § 1915 Motion and Affidavit along with a certified trust fund account statement for the six months preceding the filing date of this action within the time allowed. The action, therefore, will be dismissed.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and *in forma pauperis* status is denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Mr. Young files a notice of appeal he must pay the full $455.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Fed. R. Civ. 41(b) for failure to comply with the February 22, 2013 Order and cure deficiencies. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this __4th__ day of _____April_____, 2013.

BY THE COURT:


___s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court

3