IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00455-LTB

TIMOTHY DOYLE YOUNG,

    Plaintiff,

v.

KENNETH CRANK, and
D. ROY,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 4, 2013, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 4 day of April, 2013.

            FOR THE COURT,

            JEFFREY P. COLWELL, Clerk

            By: s/ S. Grimm
                Deputy Clerk